IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **JOSEPH P. BELLINDER.** | ) | No. 16 B 33264 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on August 22, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                    BY:/s/ <u>Gina B. Krol</u>
                                                Ch 7 Bankruptcy Trustee

```
Label Matrix for local noticing          Santander Consumer USA Inc.              U.S. Bankruptcy Court
0752-1                                   c/o Stewart, Zlimen & Jungers, Ltd       Eastern Division
Case 16-33264                            2277 Highway 36 West, Suite 100          219 S Dearborn
Northern District of Illinois            Roseville, MN 55113-3896                 7th Floor
Chicago                                                                           Chicago, IL 60604-1702
Tue Aug 22 14:48:16 CDT 2017

(p)DISCOVER FINANCIAL SERVICES LLC       DITECH FINANCIAL                         Discover Bank
PO BOX 3025                              POB 6172                                 Discover Products Inc
NEW ALBANY OH 43054-3025                 RAPID CITY, SD 57709-6172                PO Box 3025
                                                                                  New Albany, OH  43054-3025


PORTFOLIO RECOVERY SERVICES              SANTANDER CONSUMER USA                   Gina B Krol
120 CORPORATE BLVD                       POB1245                                  Cohen & Krol
NORFOLK, VA 23502-4952                   FORT WORTH, TX 76161                     105 West Madison St Ste 1100
                                                                                  Chicago, IL 60602-4600


Joseph C. Michelotti                     Joseph P Bellinder                       Patrick S Layng
Michelotti & Associates Ltd              740 Blaboa Terrace W                     Office of the U.S. Trustee, Region 11
2625 Butterfield                         Bartlett, IL 60103-4769                  219 S Dearborn St
Suite 138S                                                                        Room 873
Oakbrook, IL 60523-1244                                                           Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DISCOVER FINANCIAL
POB 15316
WILMINGTON, DE 19850
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alan D Lasko & Associates PC          (d)Santander Consumer USA Inc            (u)Alan D Lasko
                                         c/o Stewart Zlimen & Jungers Ltd         Alan D. Lasko & Associates, P.C.
                                         2277 Highway 36 West Suite 100
                                         Roseville, MN 55113-3896
```

```
End of Label Matrix
Mailable recipients     11
Bypassed recipients      3
Total                   14
```

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                §
                                      §
BELLINDER, JOSEPH P                   §     Case No. 16-33264 JSB
                                      §
         Debtor                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/22/2017 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2017                By: Gina B. Krol
                                            Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BELLINDER, JOSEPH P § Case No. 16-33264 JSB
§
Debtor §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 16,137.40 |
| and approved disbursements of | $ | 2,843.20 |
| leaving a balance on hand of[1] | $ | 13,294.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,144.43 | $ 0.00 | $ 2,144.43 |
| Trustee Expenses: GINA B. KROL | $ 0.97 | $ 0.00 | $ 0.97 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,451.00 | $ 0.00 | $ 2,451.00 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 4.10 | $ 0.00 | $ 4.10 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,600.50 |
| Remaining Balance | $ 8,693.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,447.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 8,447.56 | $ 0.00 | $ 8,447.56 |
| | Total to be paid to timely general unsecured creditors | | | $ 8,447.56 |
| | Remaining Balance | | | $ 246.14 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.7 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 52.99 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

   The amount of surplus returned to the debtor after payment of all claims and interest is $ 193.15 .

           Prepared By: /s/GINA B. KROL
                     Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.