UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| BELLINDER, JOSEPH P | § § | Case No. 16-33264 JSB |
| Debtor | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 219,663.00                    Assets Exempt: 20,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  8,500.55     Claims Discharged
                                                Without Payment:  0.00

Total Expenses of Administration:  5,443.70

3) Total gross receipts of $ 16,137.40  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,193.15  (see **Exhibit 2**), yielded net receipts of $ 13,944.25  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,443.70 | 5,443.70 | 5,443.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 8,447.56 | 8,447.56 | 8,500.55 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 13,891.26 | $ 13,891.26 | $ 13,944.25 |

4) This case was originally filed under chapter 13 on 10/18/2016 , and it was converted to chapter 7 on 11/02/2016 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2017            By: /s/GINA B. KROL
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Country Companies Life Insurance | 1129-000 | 16,137.40 |
| **TOTAL GROSS RECEIPTS** | | **$ 16,137.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOSEPH BELLINDER | Exemptions | 8100-000 | 2,000.00 |
| JOSEPH P BELLINDER | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 193.15 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,193.15** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,144.43 | 2,144.43 | 2,144.43 |
| GINA B. KROL | 2200-000 | NA | 0.97 | 0.97 | 0.97 |
| ASSOCIATED BANK | 2600-000 | NA | 85.57 | 85.57 | 85.57 |
| IRS | 2810-000 | NA | 551.00 | 551.00 | 551.00 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | NA | 206.63 | 206.63 | 206.63 |
| COHEN & KROL | 3110-000 | NA | 1,634.00 | 1,634.00 | 1,634.00 |
| GINA B. KROL | 3110-000 | NA | 817.00 | 817.00 | 817.00 |
| COHEN & KROL | 3120-000 | NA | 4.10 | 4.10 | 4.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,443.70 | $ 5,443.70 | $ 5,443.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | 7100-000 | NA | 8,447.56 | 8,447.56 | 8,447.56 |
|  | DISCOVER BANK | 7990-000 | NA | NA | NA | 51.81 |
|  | BELLINDER, JOSEPH P | 7990-002 | NA | NA | NA | 1.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 8,447.56 | $ 8,447.56 | $ 8,500.55 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-33264 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BELLINDER, JOSEPH P | | | Date Filed (f) or Converted (c): | 11/02/16 (c) |
| | | | | 341(a) Meeting Date: | 12/06/16 |
| For Period Ending: | 09/30/17 | (1st reporting period for this case) | | Claims Bar Date: | 05/11/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 740 Balboa Terrace W., Bartlett, IL | 206,788.00 | 0.00 | | 0.00 | FA |
| 2. 2013 Dodge Dart | 8,525.00 | 0.00 | | 0.00 | FA |
| 3. 2006 Harley Davidson | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Debtor amended schedules on 1/18/17 to reduce the value of household goods to $500 | | | | | |
| 5. CLOTHES | 350.00 | 0.00 | | 0.00 | FA |
| 6. BMO Harris Checking Account | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Country Companies Life Insurance | 8,039.00 | 6,039.00 | | 16,137.40 | FA |
| Debtor amended Schedule B to increase value of life insurance to $8039.00 | | | | | |
| 8. American General IRA (u) | 18,000.00 | 0.00 | | 0.00 | FA |
| Per Amended Schedule B filed 1/18/17 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $245,702.00 | $6,039.00 | | $16,137.40 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaiting tax returns; TFR to follow May 22, 2017, 10:37 am

Bar date is 5/11/17; TFR to follow March 28, 2017, 12:23 pm

Funds received and Motion to employ accountant set for 3/10/17 - March 01, 2017, 02:03 pm

Initial Projected Date of Final Report (TFR): 06/30/17    Current Projected Date of Final Report (TFR): 09/30/17

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-33264   JSB   Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: | BELLINDER, JOSEPH P | Date Filed (f) or Converted (c): 11/02/16 (c) |
| | | 341(a) Meeting Date: 12/06/16 |
| | | Claims Bar Date: 05/11/17 |

/s/   GINA B. KROL
_____  Date: 11/08/17
        GINA B. KROL

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-33264 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BELLINDER, JOSEPH P | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7988 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8644 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/01/17 | | COUNTRY LIFE INSURANCE COMPANY<br>1711 GE ROAD<br>BLOOMINGTON, IL 61704 | | | 15,379.77 | | 15,379.77 |
| | 7 | COUNTRY LIFE INSURANCE COMPANY | Memo Amount: 16,137.40 | 1129-000 | | | |
| | | IRS | Memo Amount: ( 551.00 )<br>FEDERAL TAX | 2810-000 | | | |
| | | ILLINOIS DEPT OF REVENUE | Memo Amount: ( 206.63 )<br>STATE TAXES | 2820-000 | | | |
| 03/03/17 | 030001 | JOSEPH BELLINDER<br>C/O JOSEPH MICHELOTTI<br>MICHELOTTI & ASSOCIATES, LTD.<br>2625 BUTTERFIELD, STE 138S<br>OAKBROOK, IL 60523 | EXEMPTION | 8100-000 | | 2,000.00 | 13,379.77 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.86 | 13,356.91 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.10 | 13,334.81 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.45 | 13,313.36 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.16 | 13,294.20 |
| 09/22/17 | 030002 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 2100-000 | | 2,144.43 | 11,149.77 |
| 09/22/17 | 030003 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 2200-000 | | 0.97 | 11,148.80 |
| 09/22/17 | 030004 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100 | Final Distribution | 3110-000 | | 817.00 | 10,331.80 |

Page Subtotals       15,379.77       5,047.97

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 16-33264 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | BELLINDER, JOSEPH P | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7988  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8644 | | | |
| For Period Ending: | 09/30/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60602 | | | | | |
| 09/22/17 | 030005 | COHEN & KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 1,634.00 | 8,697.80 |
| 09/22/17 | 030006 | COHEN & KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution<br>Attorney's Expenses | 3120-000 | | 4.10 | 8,693.70 |
| 09/22/17 | 030007 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | | | 8,499.37 | 194.33 |
| | | | Claim     8,447.56 | 7100-000 | | | |
| | | | Interest     51.81 | 7990-000 | | | |
| 09/22/17 | 030008 | JOSEPH P BELLINDER<br>740 BLABOA TERRACE W<br>BARTLETT, IL  60103 | Final Distribution<br>Surplus Funds | | | 194.33 | 0.00 |
| | | | Claim     193.15 | 8200-002 | | | |
| | | | Interest     1.18 | 7990-000 | | | |

Page Subtotals    0.00    10,331.80

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-33264 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BELLINDER, JOSEPH P | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7988 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8644 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 16,137.40 | COLUMN TOTALS | 15,379.77 | 15,379.77 | 0.00 |
| Memo Allocation Disbursements: | 757.63 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 15,379.77 | 15,379.77 | |
| Memo Allocation Net: | 15,379.77 | Less: Payments to Debtors | | 2,194.33 | |
| | | Net | 15,379.77 | 13,185.44 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 16,137.40 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 757.63 | Checking Account (Non-Interest Earn - *******7988 | 15,379.77 | 13,185.44 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 15,379.77 | | 15,379.77 | 13,185.44 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 20.00e